AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Indiana

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SARA RENEE SMITH | Case No.   3:13CR00030-001 |
| | USM No.   16900-308 |
| | Ivan A. Arnaez |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to Violation Number(s)   1 - 15   of the petition (Prob. 12C).

☐ was found in violation of Violation Number(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Drug Possession | 07/25/2014 |
| 2 | Purchase/Possession/Use/Distribution/Administration of a Controlled Substance | 07/25/2014 |
| 3 | Frequenting Places Where Drugs Are Used/Sold | 07/25/2014 |
| 4 | Association With Convicted Felon | 08/08/2014 |

The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated Violation Number(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.   1810

Defendant's Year of Birth:   1985

City and State of Defendant's Residence:

Henderson, Kentucky

3/2/2016
Date of Imposition of Judgment

_/s/ Richard L. Young_

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

3/10/2016
Date

A CERTIFIED TRUE COPY
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By _Dina M. Doyle_
Deputy Clerk

AO 245D     (Rev. 09/13) Judgment in a Criminal Case for Revocations
              Sheet 1A

Judgment — Page   1.01   of   2

DEFENDANT:    SARA RENEE SMITH
CASE NUMBER:   3:13CR00030-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 5 | Failure to Report Address Change | 08/08/2014 |
| 6 | Failure to Pay Fine/Restitution/Special Assessment Fee | 07/08/2013 |
| 7 | Failure to Attend Mental Health Treatment | 07/31/2013 |
| 8 | Failure to Comply with Drug Testing/Treatment Program | 05/15/2014 |
| 9 | Failure to Report Address Change | 11/10/2015 |
| 10 | Failure to Report Employment Change | 11/10/2015 |
| 11 | Purchase/Possession/Use/Distribution/Administration of a Controlled Substance | 08/05/2015 |
| 12 | Failure to Comply with Drug Testing/Treatment Program | 11/23/2015 |
| 13 | New Criminal Conduct | 01/19/2016 |
| 14 | Purchase/Possession/Use/Distribution/Administration of a Controlled Substance | 01/19/2016 |
| 15 | Association with a Convicted Felon | 01/19/2016 |

AO 245D    (Rev. 09/13) Judgment in a Criminal Case for Revocations
           Sheet 2 — Imprisonment

Judgment — Page 2 of 2

DEFENDANT: SARA RENEE SMITH
CASE NUMBER: 3:13CR00030-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 10 months

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL